**Opinion issued November 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00831-CV

———————————

## HERMIE L. THOMAS, Appellant

## V.

## PNC BANK NATIONAL ASSOCIATION, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Case No. 23-CCV-072855**

---

## MEMORANDUM OPINION

Appellant, Hermie L. Thomas, filed a notice of appeal from the trial court's

June 23, 2025 order granting the motion for summary judgment of appellee, PNC

Bank National Association. On October 21, 2025, appellant filed a motion to

dismiss the appeal, seeking to voluntarily dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating whether appellee is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed and no response has been filed. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.